UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW EYTH,

    Plaintiff,

v.                                        Case No: 8:23-cv-1878-CEH-TGW

SPECTRUM CHARTER
COMMUNICATIONS, INC.
And DOES 1-30,

    Defendants.
_____/

**ORDER**

    This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on February 13, 2025 (Doc. 33). In the Report and Recommendation Magistrate Judge Wilson recommends that Defendant's Motion for Attorney Fees (Doc. 29) be granted, and that Defendant be awarded $7,435.80 in attorney's fees. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

    Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now,

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 33) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Defendant Spectrum Charter Communications, Inc.'s[1] Motion for Attorneys' Fees (Doc. 29) is **GRANTED**.

(3) Defendant, Spectrum Charter Communications, Inc., is awarded reasonable attorneys' fees in the amount of $7,435.80 from Plaintiff, Andrew Eyth.

**DONE AND ORDERED** at Tampa, Florida on March 4, 2025.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record

---

[1] Defendant indicates that its correct name is Charter Communications, LLC.